**DIESCH FORREST, APC**
ANGELA L. DIESCH / Bar No. 256253
angela@dieschforrestlaw.com
STEPHEN E. PAFFRATH / Bar No. 195932
stephen@dieschforrestlaw.com
2207 Plaza Drive, Suite 300
Rocklin, California 95765
T: (916) 740-6470
F: (916) 740-6460

*Attorneys for Defendant*
California Natural Living, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROSILLO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>CALIFORNIA NATURAL LIVING, INC.,<br><br>                    Defendant. | Case No. 5:18-cv-01493-ODW-KK<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING
SCHEDULE ON MOTION TO DISMISS

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Lisa Rosillo ("Plaintiff"), and Defendant California Natural Living, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 13, 2018, Plaintiff filed her complaint ("Complaint") in the above-captioned action;

WHEREAS, Defendant accepted service of the Complaint on July 19, 2018;

WHEREAS, Defendant's response to the Complaint is currently due September 17, 2018;

WHEREAS, Defendant intends to file a motion to dismiss the Complaint and the Parties have met and conferred pursuant to Local Rule 7-3 regarding that motion;

WHEREAS, Defendant has requested Plaintiff agree to a one week extension of Defendant's time to respond to Complaint, not for reason of delay but due to Defendant's counsel's need for additional time;

WHEREAS, the Parties have agreed to conduct their conference pursuant to Rule 26(f) on or before October 4, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that subject to the Court's approval, Defendant's time to respond to the Complaint shall be extended one week to September 24, 2018, and the briefing schedule for Defendant's Motion to Dismiss will be as follows:

| | |
|---|---|
| Opening Brief: | September 24, 2018 |
| Opposition: | October 29, 2018 |
| Reply: | November 13, 2018 |
| Hearing: | December 3, 2018 |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS

Dated: September 13, 2018     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:_____*/s/ L. Timothy Fisher*_____
L. Timothy Fisher
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
jsmith@bursor.com
*Attorneys for Plaintiff*

**DIESCH FORREST, APC**

*/s/ Stephen E. Pafffath*
ANGELA L. DIESCH / Bar No. 256253
angela@dieschforrestlaw.com
STEPHEN E. PAFFRATH / Bar No. 195932
stephen@dieschforrestlaw.com
2207 Plaza Drive, Suite 300
Rocklin, California 95765
T: (916) 740-6470
F: (916) 740-6460
*Attorneys for Defendant*

### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

     */s/ Stephen E. Paffrath*
          Stephen E. Paffrath

---

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS