1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Joel D. Smith (State Bar No. 244902)
3  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
5  Facsimile:  (925) 407-2700
   E-Mail:  ltfisher@bursor.com
6           jsmith@bursor.com

7  *Attorneys for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| LISA ROSILLO, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-01493-ODW-KK |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| CALIFORNIA NATURAL LIVING, INC., | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 5:18-cv-01493-ODW-KK

1 NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lisa Rosillo voluntarily dismisses the above captioned action <u>without</u> prejudice.

Dated: October 26, 2018          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              jsmith@bursor.com

*Attorneys for Plaintiff*