JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LISA ROSILLO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA NATURAL LIVING, INC.,<br><br>Defendant. | Case № 5:18-cv-01493-ODW (KK)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered Plaintiff Lisa Rosillo's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (ECF No. 17), hereby **DISMISSES** Plaintiff's Complaint in the above-entitled action without prejudice. Accordingly, Defendant's Motion to Dismiss (ECF No. 14) is hereby **DENIED** as moot.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 29, 2018

_____
             **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**